■ PEOPLE v LARRY SMITH, Also Known as KEITH GATES, Also Known as EDWIN KEVIN FISCHER. [616 NYS2d 181] —Upon the Court's own motion, the unpublished decision and order of the Court entered on July 21, 1994 (Appeal No. 51531) is recalled and vacated. Concur—Wallach, J. P., Ross, Rubin, Nardelli and Williams, JJ.